1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT
7          FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9    GARY J. LOMBARDO,                    )    No. C 09-0206 JSW (PR)
                                          )
10              Plaintiff,                )
                                          )    **ORDER OF DISMISSAL**
11       v.                               )
                                          )
12   R. L. AYERS, JR., Warden, E.         )
     EVANS, Facility Captain,             )
13                                        )
                Defendants.               )
14                                        )
     _____
15
16
17        Plaintiff, currently incarcerated at San Quentin State Prison in San Quentin,
18   California, has filed a civil rights complaint under 42 U.S.C. § 1983, regarding his
19   conditions of confinement at the prison.  On May 4, 2009, this Court dismissed the
20   amended complaint with leave to file an amended complaint within thirty days of the
21   Court's order.  In the Court's order, Plaintiff was notified that failure to amend by the
22   designated time would result in a dismissal of the case.
23        More than thirty days have passed since May 4, 2009 and Plaintiff has not
24   responded to the Court's order.  Accordingly, this case is DISMISSED without prejudice
25   for failure to prosecute and to comply with a court order pursuant to Federal Rule of
26   Civil Procedure 41(b).  *See Link v. Wabash R.R.*, 370 U.S. 626, 633 (1962); *McKeever v.*
27   *Block*, 932 F.2d 795, 797 (9th Cir. 1991).  The Clerk shall close the file and enter
28

judgment in this matter.

    IT IS SO ORDERED.

DATED:  June 30, 2009

_____
JEFFREY S. WHITE
United States District Judge

1

UNITED STATES DISTRICT COURT

2

FOR THE

3

NORTHERN DISTRICT OF CALIFORNIA

4

5

6          GARY J. LOMBARDO,                          Case Number: CV09-00206 JSW

7                    Plaintiff,                        **CERTIFICATE OF SERVICE**

8             v.

9          R.L. AYERS et al,

10                   Defendant.
           _____/

11

12    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
      Court, Northern District of California.

13    That on June 30, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said
      copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
14    said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
      receptacle located in the Clerk's office.

15

16

17    Gary Joseph Lombardo
      F03275
18    San Quentin State Prison
      San Quentin, CA 94974

19
      Dated: June 30, 2009
20
                                                 Richard W. Wieking, Clerk
21                                               By: Jennifer Ottolini, Deputy Clerk

22

23

24

25

26

27

28